**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone:(916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ANTHONY E. WALKER

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:  Cr.S-08-214-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE STATUS** |
| vs. ) | **CONFERENCE** |
| ) | |
| ANTHONY E. WALKER ) | |
| ) | |
| Defendant ) | |
| ) | |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney, Jason Hitt, hereby agree and stipulate to continue the status conference in the above captioned case from November 21, 2008 to January 16, 2009 at 9:00 a.m.[1] This continuance is requested because counsel for defendant needs additional time to conduct further investigation and engage in settlement negotiations with counsel for the Government.

---

[1] The parties have been advised by this Court's Clerk that January 16, 2009 at 9:00 a.m. is an available date and time for a status conference on this matter.

The parties further agree and stipulate that time be excluded from November 21, 2008 to January 16, 2009 pursuant to Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv).

Dated: November 19, 2008         ss// Johnny L. Griffin, III_____
                                 JOHNNY L. GRIFFIN, III
                                 Attorney at Law

Dated: November 19, 2008         ss// Jason Hitt__ [2]
                                 JASON HITT
                                 Assistant United States Attorney

### ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: 11/20/08

                                 Hon. Garland E. Burrell
                                 United States District Judge

---

[2] Assistant United States Attorney Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.