**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III (State Bar No. 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone:(916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ANTHONY E. WALKER

# IN THE UNITED STATES DISTRICT

# COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: Cr.S-08-214-GEB |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY DEFENDANT'S CONDITION OF PRE-TRIAL RELEASE** |
| vs. | |
| ANTHONY E. WALKER | |
| Defendant | |

Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, by and through Assistant United States Attorney, Jason Hitt, hereby agree and stipulate to modify the electronic monitoring condition of Defendant's pretrial release authorizing Pretrial Service Officer Darryl Walker to exercise his discretion regarding the time frame to commence use of the electronic monitoring equipment. This modification is necessary based on information received by Officer Walker that the wearing of the electronic monitoring device will interfere with various medical tests Defendant must undergo in connection with his thyroid cancer treatment.

///

///

Dated:  May 5, 2009                ss// Johnny L. Griffin, III

                                   JOHNNY L. GRIFFIN, III
                                   Attorney at Law

Dated:  May 5, 2009                ss// Jason Hitt [1]
                                   JASON HITT
                                   Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: May 6, 2009                  /s/ Gregory G. Hollows
                                   _____
                                   Hon. Gregory G. Hollows
                                   United States Magistrate Judge

Walker.ord

---

[1] Assistant United States Attorney Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.