**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone:(916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ANTHONY E. WALKER

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.:  Cr.S-08-214-GEB |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **MODIFY DEFENDANT'S CONDITION** |
| ANTHONY E. WALKER | ) **OF PRE-TRIAL RELEASE** |
| Defendant | ) |

Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, by and through Assistant United States Attorney Jason Hitt, hereby agree and stipulate to terminate the electronic monitoring condition of Defendant's pretrial release. This termination is necessary because the wearing of the electronic monitoring device would interfere with various medical tests Defendant is currently undergoing in connection with his thyroid cancer treatment.

///

///

///

Dated: October 9, 2009                    ss// Johnny L. Griffin, III_____
                                                   JOHNNY L. GRIFFIN, III
                                                   Attorney at Law

Dated: October 9, 2009                    ss// Jason Hitt_____[1]
                                                   JASON HITT
                                                   Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: October 9, 2009.

                                              _____
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/walker0214.stipord

---

[1] Assistant United States Attorney Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.