**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone:(916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ANTHONY E. WALKER

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.:  Cr.S-08-214-GEB |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER TO CONTINUE STATUS** |
| vs. | ) | **CONFERENCE** |
| | ) | |
| ANTHONY E. WALKER | ) | **Date: May 21, 2010** |
| | ) | **Time: 9:00 a.m.** |
| Defendant | ) | |
| | ) | **Honorable Garland E. Burrell** |

Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney, Jason Hitt hereby agree and stipulate to continue the status conference in the above captioned case from May 21, 2010, to August 13, 2010 at 9:00 a.m.[1] This continuance is requested because counsel for defendant needs additional time to conduct further investigation and engage in settlement negotiations with counsel for the Government.

///

///

---

[1] The parties have been advised by this Court's Clerk that August 13, 2010 at 9:00 a.m. is an available date and time for a status conference on this matter.

The parties further agree and stipulate that time be excluded from May 21, 2010 to August 13, 2010 pursuant Local Code T-4, and 18 U.S.C. §3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the defendant and the public in a speedy trial. 18 U.S.C. 3161(h)(7)(A)

Dated:  May 20, 2010          ss// Johnny L. Griffin, III_____
                                                     JOHNNY L. GRIFFIN, III
                                                     Attorney at Law

Dated:  May 20, 2010          ss// Jason Hitt__ [2]
                                                       JASON HITT
                                                     Assistant United States Attorney

**ORDER**

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the best interests of the public and the Defendant's in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated:5/20/10

                                              GARLAND E. BURRELL, JR.
                                              United States District Judge

---

[2] Assistant United States Attorney Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.