1  **LAW OFFICES OF JOHNNY L. GRIFFIN III**
   **JOHNNY L. GRIFFIN III  (SBN 118694)**
2  1010 F STREET, SUITE 200
   SACRAMENTO, CA 95814
3  Telephone: (916) 444-5557
   Facsimile: (916) 444-5558
4

5  Attorney for Defendant
   ANTHONY E. WALKER
6

7               IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,          ) Case No.: 2:08-CR-00214-GEB
   |                                    )
11 |        Plaintiff,                  ) **ORDER RECONVEYING REAL**
   |                                    ) **PROPERTY**
12 |    vs.                             )
   |                                    ) DATE: September 15, 2010
13 | ANTHONY E. WALKER,                 )
   |                                    )
14 |        Defendant.                  ) Hon. Garland E. Burrell
   |                                    )
15 |_____)

16

17      Defendant, by and through his undersigned counsel, Johnny L. Griffin III, hereby

18 requests the Court for an order authorizing the Clerk of the United States District Court for the

19 Eastern District of California to reconvey the property posted to secure Defendant's pre-trial

20 release back to the property owners Delano S. Walker and Korrye M. Walker.  As of September

21 3, 2010, Defendant was remanded into the custody of the United States Marshal's Service for

22 confinement pending the outcome of his case.  Accordingly, the property should be reconveyed

23 to Delano S. Walker and Korrye M. Walker.  Assistant United States Attorney Jason Hitt has no

24 objection to this request.

25 ////

The property is described as follows: 3731 Rimini Lane, Stockton, CA 95212.  The property information is as follows:  (1) 3731 Rimini Lane, Stockton, CA 95212. (2) APN number: 03-0630-067828669-1. (3) San Joaquin County Recorders Document Number: 2009-074536.

Respectfully submitted,

Dated: September 15, 2010         /s/ Johnny L. Griffin, III
                                  JOHNNY L. GRIFFIN, III
                                  Attorney for Defendant
                                  Anthony E. Walker

**IT IS SO ORDERED.**

**Date:  9/15/2010**

_____
GARLAND E. BURRELL, JR.
United States District Judge