**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone:(916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ANTHONY E. WALKER

## IN THE UNITED STATES DISTRICT

## COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.:  2:08-CR-00214-GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | |
| ANTHONY E. WALKER | **Date: October 29, 2010** |
| | **Time: 9:00 a.m.** |
| Defendant | |
| | **Honorable Garland E. Burrell** |

Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney Jason Hitt, hereby agree and stipulate to continue the status conference in the above captioned case from October 29, 2010 to January 14, 2011 at 9:00 a.m.[1] This continuance is requested to allow counsel for Defendants additional time to finalize the terms of a written plea agreement.  In addition, the parties agree and stipulate that time be excluded from October 29, 2010 to January 14, 2011 pursuant to Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv).

///
///

---

[1] The parties have been advised by this Court's Clerk that January 14, 2011 at 9:00 a.m. is an available date and time for a status conference on this matter.

Dated:  October 28, 2010 /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney at Law

Dated:  October 28, 2010 /s/ Jason Hitt[2]
JASON HITT
Assistant United States Attorney

### ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the best interests of the public and the Defendant's in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

**Date:  11/2/2010**

GARLAND E. BURRELL, JR.
United States District Judge

---

[2] Assistant United States Attorney Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.