**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone:(916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ANTHONY E. WALKER

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:  2:08-CR-00214-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO** |
| ) | **CONTINUE STATUS CONFERENCE** |
| vs. ) | |
| ) | **Date: January 14, 2011** |
| ANTHONY E. WALKER ) | **Time: 9:00 a.m.** |
| ) | |
| Defendant ) | **Honorable Garland E. Burrell** |
| ) | |

Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney Jason Hitt, hereby agree and stipulate to continue the status conference in the above captioned case from January 14, 2011 at 9:00 a.m. to March 11, 2011 at 9:00 a.m.[1] This continuance is requested to allow counsel for Defendant additional time to meet with counsel for the Government to finalize the terms of a written plea agreement.  In addition, the parties agree and stipulate that time be excluded from January 14, 2011 to March 11, 2011 pursuant to Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv).

---

[1] The parties have been advised by this Court's Clerk that March 11, 2011 at 9:00 a.m. is an available date and time for a status conference on this matter.

Dated:  January 6, 2011          /s/ Johnny L. Griffin, III
                                              JOHNNY L. GRIFFIN, III
                                              Attorney at Law

Dated:  January 6, 2011          /s/ Jason Hitt[2]
                                              JASON HITT
                                              Assistant United States Attorney

## ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the best interests of the public and the Defendant's in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

**Date:  1/6/2011**

                                              GARLAND E. BURRELL, JR.
                                              United States District Judge

---

[2] Assistant United States Attorney Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.