**LAW OFFICES OF JOHNNY L. GRIFFIN III**
JOHNNY L. GRIFFIN III  (State Bar No. 118694)
1010 F Street, Suite 200
Sacramento, CA 95814
Telephone:(916) 444-5557
Facsimile: (916) 444-5558

Attorneys for Defendant
ANTHONY E. WALKER

**IN THE UNITED STATES DISTRICT**

**COURT FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.:  2:08-CR-00214-GEB |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER TO CONTINUE STATUS** |
| vs. ) | **CONFERENCE** |
| ) | |
| ANTHONY E. WALKER ) | **Date: November 2, 2012** |
| ) | **Time: 9:00 a.m.** |
| Defendant ) | |
| ) | **Honorable Garland E. Burrell** |

Defendant, by and through his undersigned counsel, Johnny L. Griffin III, and the United States of America, through Assistant United States Attorney Jason Hitt, hereby agree and stipulate to continue the status conference in the above captioned case from November 2, 2012 at 9:00 a.m. to December 14, 2012 at 9:00 a.m.[1] The Government has provided its final written plea agreement to defense counsel.  Defense counsel needs additional time to review this final agreement with Defendant.  In addition, the parties agree and stipulate that time be excluded from November 2, 2012 to December 14, 2012 pursuant to Local Code T4, and 18 U.S.C. §3161(h)(1)(8)(B)(iv).

---

[1] The parties have been advised by this Court's Clerk that December 14, 2012 at 9:00 a.m. is an available date and time for a status conference on this matter.

Dated:  October 31, 2012     /s/ Johnny L. Griffin, III
                             JOHNNY L. GRIFFIN, III
                             Attorney at Law

Dated:  October 31, 2012     /s/ Jason Hitt[2]
                             JASON HITT
                             Assistant United States Attorney

### ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the best interests of the public and the Defendant's in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

**Date:  11/1/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[2] Assistant United States Attorney Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation and Order on his behalf.